UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND PEREZ,<br><br>        Plaintiff,<br><br>    v.<br><br>MAURICE JUNIOUS,<br><br>        Defendant. | 1:14-cv-00458-JLT (PC)<br><br>ORDER TO SUBMIT CORRECT APPLICATION TO PROCEED IN FORMA PAUPERIS OR PAY FILING FEE WITHIN 45 DAYS |

Plaintiff is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff has not paid the $400.00 filing fee.  While he has submitted an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915, it is not the correct form to allow withdrawals from his inmate trust account.

Accordingly, IT IS HEREBY ORDERED that:

Within 45 days of the date of service of this order, plaintiff shall either submit the attached application to proceed in forma pauperis, completed and signed, or in the alternative, pay the $400.00 filing fee for this action.  **No requests for extension will be granted without a showing of good cause**.  Plaintiff has submitted a certified copy of his/her prison trust statement for the six month period immediately preceding the filing of the complaint (Doc. 2, pp. 3, 4) and need not do so again.

///

1

**Failure to comply with this order will result in dismissal of this action.**

IT IS SO ORDERED.

Dated:   **April 9, 2014**               **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE