# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND PEREZ,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>JUNIOUS,<br><br>　　　　　Defendant. | Case No. 1:14-cv-00458-JLT (PC)<br><br>**ORDER STRIKING FIRST AMENDED COMPALINT AND REQUIRING PLAINTIFF TO FILE SIGNED COMPLAINT FORM**<br><br>**(Doc. 9)**<br><br>**30-DAY DEADLINE** |

　　　　Plaintiff, Raymond Perez, is proceeding pro se and in forma pauperis in this in this civil rights action pursuant to 42 U.S.C. § 1983.  On June 6, 2014, Plaintiff filed a First Amended Complaint.  (Doc. 9.)  The First Amended Complaint is not signed.  The Court cannot consider unsigned filings and the First Amended Complaint shall be stricken from the record for that reason.  Plaintiff has thirty days to file a signed first amended complaint.

　　　　Accordingly, IT IS HEREBY ORDERED that:

1.　　　Plaintiff's First Amended Complaint, filed June 6, 2014 (Doc. 9), is **STRICKEN** for lack of signature;

2.　　　The Clerk's Office shall send Plaintiff a complaint form;

3.　　　Within 30 days from the date of service of this order, Plaintiff must file a signed first amended complaint; and

4.　　　**Plaintiff is advised that his failure to comply with this order will result in**

1

1  **dismissal of this action.**

3  IT IS SO ORDERED.

4     Dated:   **June 12, 2014**                  **/s/ Jennifer L. Thurston**
5                                                     UNITED STATES MAGISTRATE JUDGE